UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-2999 CAS (GJSx) | Date | December 10, 2018 |
|---|---|---|---|
| Title | Manuel Plata v. Sea View Restaurants, Inc., et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Marea Woolrich | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Manuel Plata, in pro per | Steven M. Kroll |

**Proceedings:**  SCHEDULING CONFERENCE

Hearing held and counsel are present.  The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: 2/15/2019;
Settlement Completion Cutoff: 6/5/2019;
Factual Discovery Cut-off: 5/6/2019;
Last Day to File Motions: 6/7/2019;
Exchange of Expert Reports Cut-off: 4/1/2019;
Exchange of Rebuttal Reports Cut-off: 4/15/2019;
Expert Discovery Cut-off: 5/27/2019;
Status Conference re: Settlement **(11:00 A.M.)**: **6/17/2019**;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): 8/5/2019**;
and Jury Trial **(9:30 A.M.): 8/27/2019**.

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto.  Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

The Court orders this case referred to ADR Procedure No. 1, the magistrate judge assigned to this case.  ADR-12 to issue.

|  | 00 | : | 11 |
|---|---|---|---|
|  | Initials of Preparer | | SMO |

cc: ADR