UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2999-CAS (GJSx) | Date | June 12, 2019 |
|---|---|---|---|
| Title | Manuel Plata v. Sea View Restaurants, Inc. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|---|---|

| E. Carson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Manuel Plata, pro per | Jesse M. Caryl |

**Proceedings:**   Scheduling of Settlement Conference

The Court conducts a pre-settlement conference telephone call with the parties. The Court requires the parties to discuss potential resolution of the case. Plaintiff is to make an initial demand to settle the case, and Defendant is required to respond.  If the parties do not resolve this case on their own, the parties must appear for a settlement conference before the Hon. Gail J. Standish, Courtroom 640, 6th Floor, United States Courthouse, Roybal Building, 255 E. Temple Street, Los Angeles, California on **Wednesday, June 26, 2019, at 10:30 AM**.

1. Who Must Attend

All litigants and lead trial counsel must be personally present, unless a request to appear telephonically is granted by the Court, for the entire duration of the conference.  If a party is a business entity, a representative of the entity with sufficient authority to settle the action must attend.

2. Settlement Conference Letters

On or before **Friday, June 21, 2019**, each party will deliver to Judge Standish's chambers (**by e-mail** sent to GJS_Chambers@cacd.uscourts.gov) a confidential settlement conference letter.  If in letter form, the letter should be single-spaced, in 14-point font, and

|  | : | 11 |
|---|---|---|
| Initials of Preparer | | efc |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2999-CAS (GJSx) | Date | June 12, 2019 |
|---|---|---|---|
| Title | Manuel Plata v. Sea View Restaurants, Inc. | | |

not longer than ten pages. Plaintiff, who is appearing in pro per, may submit a typed or hand-written letter, or may use e-mail rather than attaching a separate document.

The Court expects each party's letter to briefly summarize the relevant facts and evidence, any procedural matters, and the damages or other relief sought by or against the submitting party, past settlement discussions, and any other facts or circumstances that counsel believe will assist the Court in conducting the settlement conference. The Court values a candid critique of each party's respective claims and defenses. A party may attach to its letter **key** documents or other materials central to understanding the case or helpful to facilitating settlement discussions. **Do not file or lodge the settlement conference letter with the Clerk's Office or electronically submit it to CM/ECF.** Each party may, but is not required to, provide a copy of the letter to the opposing party. **If the letter exceeds ten (10) pages, counsel shall provide a courtesy copy of the letter to chambers, by no later than 24 hours prior to the scheduled settlement conference.**

3. At the Settlement Conference

The parties' statements made during all phases of the settlement conference (including the parties' letters to the judge) fall within the protections for compromise statements, including those contained in Federal Rules of Evidence 408 and 410 and Local Civil Rule 16-15.

|  | : | 11 |
|---|---|---|
| Initials of Preparer | | efc |